**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LISA ROWE, on her own behalf and others similarly situated,

    Plaintiff,

v.                                        CASE NO: 8:05-cv-877-T-26MAP

A & S DECORATORS, INC., et al.,

    Defendants.
_____/

**O R D E R**

The Court has been advised by the Mediator that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close this file.

    **DONE AND ORDERED** at Tampa, Florida, on March 17, 2006.

                                                 s/*Richard A. Lazzara*
                                               **RICHARD A. LAZZARA**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record